# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HENRY DAMUS,

Petitioner,

v.

WARDEN, et al.,

Respondents.

Case No.: 3:26-cv-3189-CAB-VET

**ORDER PARTIALLY GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Henry Damus. [Doc. No. 1 ("Petition").] Petitioner claims that he is being detained by Immigration and Customs Enforcement in violation of 8 U.S.C. § 1226(a) and the Fifth Amendment. [Petition at 9–10.] He seeks immediate release or, at minimum, a bond hearing before an Immigration Judge. [*Id.* at 10.]

On May 28, 2026, Respondents filed a response stating that the government "acknowledges the prior orders from this District directing bond hearings pursuant to 8 U.S.C. § 1226(a) in similar cases[]" and "do[es] not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 4 at 1–2.]

1

Based on the foregoing, the Court **PARTIALLY GRANTS** the request for a writ of habeas corpus and **ORDERS** that Petitioner receive an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **June 25, 2026**, unless petitioner requests a continuance.  If requested by Petitioner, Respondents shall assist Petitioner in obtaining an audio recording of the bond hearing.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  June 11, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-3189-CAB-VET